# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1098
LT Case No. 2022-CT-000512

_____

AARON BELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Nassau County.
Scott F. Mitchell, Judge.

Brett L. Steger, of Steger Law Firm, PLLC, Fernandina Beach,
for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____